**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Leonard Green
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed:  February 18, 2010

Mr. Lawrence E. Ralph
99 Templeton Street
Spencer, TN 38585

Re:  Case No. 10-5140, *TN v. Lawrence Ralph*
Originating Case No. : 09-00066

Dear Mr. Ralph,

   This appeal has been docketed as case number **10-5140** with the caption that is enclosed on a separate page.  Please review the caption for accuracy and notify the Clerk's office if any corrections should be made.  The appellate case number and caption must appear on all filings submitted to the Court.

   As the appellant, when you submit motions, briefs or any other documents to the Clerk's office, send only **1** original, with your signature.  Copies are no longer necessary because the original documents will be scanned into the court's Electronic Case Filing system.  You must mail opposing counsel a copy of every document you send to the Clerk's office for filing.

   As stated in District Court's order, RE #11 filed 2/16/10, you have until **March 11, 2010** to either pay the full $455.00 appeal filing fee to the U.S. District Court, or to file a motion in that court to waive the filing fee with a financial affidavit.  **Failure to do one or the other will result in the dismissal of the appeal without further notice**.

   The Clerk's office cannot give you legal advice but if you have questions about the forms, please contact the office for assistance.

                                   Sincerely yours,

                                   s/Linda M. Niesen
                                   Case Manager
                                   Direct Dial No. 513-564-7038
                                   Fax No. 513-564-7094

Enclosure

# OFFICIAL COURT OF APPEALS CAPTION FOR 10-5140

STATE OF TENNESSEE,

        Plaintiff - Appellee

v.

LAWRENCE E. RALPH,

        Defendant - Appellant