## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Leonard Green<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed:  March 15, 2010

Mr. Lawrence E. Ralph
99 Templeton Street
Spencer, TN 38585

Re:  Case No. 10-5140, *TN v. Lawrence Ralph*
Originating Case No. : 09-00066

Dear Mr. Ralph,

   The briefing schedule listed below gives you the opportunity to present your issues to the court in your own words.  You may follow these requirements or use the simplified briefing form which is enclosed.  It is very important to mail your brief by the deadline.  Under the appellate rules, the mailing date is also the filing date.  If your brief is filed late, the case is at risk of being dismissed for want of prosecution.

   Appellant's Brief    1 signed original mailed by **April 26, 2010**
   Limit of 30 pages or 14,000 words

   The Clerk's office cannot give pro se litigants legal advice but questions about procedures or electronic case filing may be directed to the case manager.

Sincerely yours,

s/Linda M. Niesen
Case Manager
Direct Dial No. 513-564-7038
Fax No. 513-564-7094

Enclosure